# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Qingqin Xie a/k/a Coco,<br><br>Defendant. | )<br>)<br>) Case No. 25-mj-242 DJS<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2023 through August 20, 2025 in the counties of Albany, Saratoga, Schenectady, Rensselaer, Ulster in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1952(a)(3) | Use of any facility of interstate commerce to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity, specifically a business enterprise engaged in prostitution in violation of New York State law. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature
TFO Frederick Horstmyer, FBI
Printed name and title

Sworn to before me this 20th day of August 2025.

Date: August 20, 2025

City and State: Albany, New York

_____
Judge's signature
Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

I, Frederick W. Horstmyer, having been first duly sworn, do hereby depose and state as follows:

### Introduction

1. I have been employed as a police officer since 2003 and a member of the New York State Police (NYSP) since 2007. In 2012 I was appointed to the position of Investigator with the NYSP Bureau of Criminal Investigation (BCI). Since 2018, I have been assigned to the NYSP Troop G Major Crimes Unit and as a Task Force Officer (TFO) to the Federal Bureau of Investigation (FBI). I have investigated a variety of crimes including child exploitation, sex trafficking, firearms offenses, interstate prostitution, narcotics trafficking, money laundering and other organized crime. I have gained experience regarding such crimes through training classes and everyday work related to conducting these types of investigations.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, including offenses related to the operation of commercial sex enterprises.

3. I make this affidavit in support of a criminal complaint and arrest warrant charging Qingqin Xie ("Xie"), a/k/a Coco, with Title 18, United States Code, Section 1952(a)(3), the use of any facility of interstate commerce to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity, specifically a business enterprise engaged in prostitution in violation of New York State law, throughout the Northern District of New York (NDNY). Xie's business enterprise operated in the counties of Albany, Saratoga, Schenectady, Rensselaer, Ulster and elsewhere. Xie's business enterprise is engaged in prostitution in violation of Article 230 of the NYS Penal Law, specifically sections

230.00 (Prostitution) and 230.25-1 (Third Degree Promoting Prostitution).

4. The statements contained in this affidavit are based upon a joint investigation conducted by the NYSP, FBI, Internal Revenue Service (IRS) and Homeland Security Investigations (HSI). The affidavit also includes information provided by other law enforcement officials, information provided by witnesses, electronic and physical surveillance, the review of financial documents, and my experience and training a law enforcement officer. As this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Xie has violated Title 18, United States Code, Section 1952(a)(3).

## Sun Spa, Waterford, NY

5. The FBI become aware of an illicit massage business (IMB) operating at 64 Broad Street, Waterford, NY 12188 ("64 Broad"). This IMB operated under the names the Sun Spa and Sun Spa 64 LLC ("the Sun Spa"). Based on my training and experience, I know that IMBs operate under the guise of a legitimate massage business, when in fact IMBs provide commercial sex services to customers.

6. The Sun Spa was advertised online with platforms associated with commercial sex, including Website #1 which is a well-known commercial sex advertising service. Website #1 offers an internet-based platform to providers of commercial sex services where providers can advertise. Users seeking commercial sex services can search for such services by geographic region on Website #1. Advertisements for IMBs posted on Website #1 typically include pictures, contact information, lists of services provided, addresses of the IMB, and payment methods.

7. As part of this investigation, I have routinely reviewed ads for the Sun Spa on

Website #1. All the ads list the address as 64 Broad, cash as the method of payment and a telephone number ending in 8526 ("the 8526 Number") as the contact number. Most of the ads list specific sexual acts available, including "BJ", "BBBJ" and "FS." Based upon my experience with similar investigations, I have learned these acronyms stand for "blow job," "bare back blow job," and "full service," which indicate the Sun Spa offers customers oral sex, oral sex without a condom, and sexual intercourse. The ads also feature images of Asian females, most of whom are posed in sexually suggestive positions while wearing lingerie and/or revealing clothing or appearing nude.

8. As examples, an ad dated 07/14/2023, includes images of fully nude females, the phrase "tight pussy licking & sucking" and acronyms for specific sex acts available, including oral and sexual intercourse. A similar ad was posted on 06/01/2024, and features images of Asian females dressed in lingerie and lists explicit terms for available sex acts.

9. Between 10/30/2023 and 08/07/2025, law enforcement interviewed five customers after they left the Sun Spa. Of the five customers interviewed, four disclosed that a spa worker performed a commercial sex act on them. The fifth customer disclosed that a spa worker offered to masturbate him and perform oral sex on him, but he declined.

10. In addition to customer interviews, the FBI also conducted physical surveillance of the Sun Spa. The surveillance produced evidence that Xie was utilizing facilities of interstate commerce to manage the Sun Spa. Examples of relevant observations from surveillance are summarized below.

- On 05/21/2024, the FBI conducted physical surveillance of Xie as she picked up a female from the Sun Spa and drove her to a Bank of America branch in Albany, NY.
- While at the Bank of America branch, Xie and the female were observed depositing cash into an ATM.

3

 

- On 06/12/2024, the FBI conducted physical surveillance of Xie and her male associate as they departed her residence in Rotterdam, NY and drove to Sun Spa in Xie's Toyota Sienna.
- Upon arriving at the Sun Spa, Xie and her male associate were observed carrying goods into an alley behind the spa. Based upon my experience and knowledge of this investigation, I believe this surveillance documents Xie transporting supplies to her commercial sex business.



11.  The FBI obtained records which confirm Xie's role as a manager for the Sun Spa.

4

In September 2023, Xie purchased a white 2023 Nissan Altima ("Nissan") from a dealership in the NDNY. Xie put $19,000 in cash down for the Nissan. The dealership provided the associated records to the FBI, including a finance application Xie filled out. On it, Xie listed: her address as 64 Broad, the same address as the Sun Spa; her occupation as "MASSAGE" at the Sun Spa with a monthly income of $6,000.00; and the 8526 Number as her phone number. The dealership also provided the FBI with a retail certificate of sale receipt, which Xie signed on 09/26/2023. The certificate of sale receipt also lists her address as 64 Broad.

12. The FBI interviewed the salesperson who sold Xie the Nissan. The salesperson confirmed that Xie use cash towards the purchase and recalled that Xie stated she worked at and/or owned a massage parlor. The salesperson confirmed that Xie made no mention of additional employment or other sources of income.

13. Based upon my experience and knowledge of this investigation, I know that IMBs deal in large amounts of cash. I believe the $19,000.00 in cash Xie utilized to purchase the Nissan were proceeds from commercial sex acts committed at her IMBs.

14. The FBI interviewed a plumber who serviced a drain at the Sun Spa on two occasions. The most recent service call was in early June 2024. During both service calls the plumber cleared a clogged drain. The plumber determined that during both incidents the drains were clogged with condoms.

### Moon Spa, Rotterdam, NY

15. On March 26, 2024, the Town of Rotterdam, NY received an application to open a new spa at 2727 Hamburg Street, Unit #2, Rotterdam, NY 12020 ("Rotterdam Moon Spa"). The application was submitted by Xie who provided her phone number as 518-333-5988 ("the 5988 Number"). The Town of Rotterdam also provided a Fire Inspection Report that lists Xie as the

applicant with a specific address in Schenectady which the investigation has established is Xie's residence.

16. The FBI has reviewed multiple ads which have been posted on Website #1 for Xie's Moon Spa. Some of the ads list the 5988 Number that Xie provided to the Town of Rotterdam. All the ads list the Moon Spa's address.

17. As examples, an ad dated 04/05/2024 features images of an Asian female in a short skirt and underwear. The ad states "grand opening," lists cash as the payment method, describes the spa worker's breasts and mentions performing oral sex on males. A similar ad dated 09/23/2024 features images of Asian females and lists the 5988 Number. One of the females in the ad is depicted wearing lingerie that exposes her breasts. The ad includes the statement "Sexy glamorous, bust and petite." Another ad, dated 10/11/2024, also features images of Asian woman wearing lingerie and describes the spa worker's breasts as "Wow." It also lists the 5988 Number.

18. Between May 2024 and July 2024, law enforcement interviewed three customers after they departed the Rotterdam Moon Spa. Two of the three customers denied being offered any sexual services. However, on July 29, 2024, a customer disclosed that they had paid a female spa worker $200.00 for a massage and sexual intercourse.

19. On July 13, 2024, a witness reported to law enforcement that an unknown male exited the Rotterdam Moon Spa claiming that spa employees had tried to steal from him. The customer also yelled out that he had "fucked" a girl. An Asian male operating Xie's Toyota eventually confronted the customer.

20. On July 16, 2025, the FBI interviewed an employee of the Town of Rotterdam Department of Public Works. That employee verified that Xie is still listed as the tenant of the Rotterdam Moon Spa space at 2727 Hamburg Street.

21. Between July 2025 and August 2025, law enforcement interviewed three additional customers after they departed the Rotterdam Moon Spa. All three customers disclosed having a paid a female working at the spa for commercial sex acts to include oral sex and sexual intercourse.

22. While investigating the Rotterdam Moon Spa, law enforcement continued surveillance of Xie. On 05/29/2024, the FBI observed Xie and her male associate depart her residence in Xie's Toyota. They drove to 2727 Hamburg Street and parked adjacent to a rear door for the Rotterdam Moon Spa.

 

23. The FBI obtained documents pertaining to the operation of the Moon Spa, including a five-year lease Xie signed on 03/25/2024 and checks issued on the same day from a Bank of America account ending in 9205 signed by Xie. The memo sections of the checks indicate the payments were for 1st month rent and a security deposit to the landlord of the Rotterdam Moon Spa.

### Moon Spa, East Greenbush, NY

24. In September 2024, the FBI learned that local law enforcement was investigating the Moon Spa at 743 Columbia Tpke, East Greenbush, NY ("East Greenbush Moon Spa").



25.     Based upon the information provided by local law enforcement, the FBI and NYSP conducted surveillance of the East Greenbush Moon Spa. The surveillance confirmed that this location was associated with Xie. On 10/06/2024, the NYSP observed Xie's Toyota in the parking lot. On 10/13/2024, the FBI observed Xie's Nissan in the parking lot.

26.     In October 2024, the FBI interviewed two customers after they departed the East Greenbush Moon Spa. The first customer was interviewed on 10/11/2024. That customer contacted a phone number ending in 3695 ("the 3695 Number") to schedule an appointment. He received a message from an iCloud account that confirmed an appointment was available. The customer disclosed that he paid a spa worker $200.00 for sexual intercourse. That same customer disclosed that during a previous visit to the spa they paid $180.00 for oral sex. On 10/08/2024, the FBI interviewed a customer after he departed the East Greenbush Moon Spa. The customer disclosed that during this visit a spa worker performed oral sex on him.

27.     During this investigation, the FBI reviewed ads for the East Greenbush Moon Spa on Website #1, which listed the 3695 Number as the contact. An ad posted on October 2, 2024, featured multiple images of Asian females dressed in lingerie and/or underwear. The ad lists available services including "BBBJ" which means oral sex without a condom. The ad also includes

8

the statement "I'm a very sexy girl. Sex body, long legs and very tight pussy."

28. On October 24, 2024, law enforcement executed a federal search warrant at the East Greenbush Moon Spa. The search team noted that surveillance cameras were affixed to the walls to monitor the interior of the spa as depicted below.

 

29. During the search of the spa, law enforcement observed U.S. currency and several used and unused condoms. Massage tables were also observed inside the spa.

 

9

Case 1:25-mj-00242-DJS    Document 3    Filed 08/20/25    Page 11 of 19




30.     Law enforcement also observed evidence that more than one person had been working at the East Greenbush Moon Spa.



31.     While executing the search warrant, law enforcement encountered an adult female inside the East Greenbush Moon Spa. That female, hereinafter Witness #1 provided the following information, in sum:

- She moved to the United States from China in September 2023.
- She saw an online ad for a massage therapist, answered it, and began talking to a woman named "Coco".
- Witness #1 viewed a photograph of Xie and identified her as "Coco."
- She spoke with Xie on the phone before accepting the job. During the call, Xie told Witness #1 that she could provide regular massage and masturbate the customers.
- Customers scheduled appointments through Xie.
- The proceeds were stored in a box at the East Greenbush Moon Spa and

10

- collected by Xie.
- After working for a short time, Witness #1 told Xie that she was not making enough money. Xie told witness #1 that she could engage in sexual intercourse with customers to earn more money.
- Xie used WeChat to communicate with Witness #1, but after the search warrant Witness #1 noticed their chat had been deleted.

32. On the date of the search warrant at the East Greenbush Moon Spa, the NYSP conducted physical surveillance of Xie. At 9:51 a.m., Xie exited her residence in Schenectady and walked to a Bank of America Branch in Schenectady, NY. While there, Xie withdrew $17,000 in cash. Xie was subsequently picked up by a male who was operating her Nissan. They then drove south into New York City, NY. Based upon my knowledge of the investigation, I believe Xie monitored the East Greenbush Moon Spa during the search warrant via a surveillance system. I also believe Xie withdrew the funds in anticipation of them being seized by law enforcement. Finally, I believe Xie departed the Albany, NY area the day of the warrant as she anticipated law enforcement would be seeking to arrest her. I also believe the transaction at Bank of America constitutes a monetary transaction exceeding $10,000.00 in criminally deprived property, specifically the proceeds of commercial sex.

**Withdrawals and other subtractions**

| Date | Description | Amount |
| --- | --- | --- |
| 10/03/24 | CHECKCARD 1002 COUNTRY-WIDE INSURANCE 212-514-7000 NY 24493984276032519195662 RECURRING | -356.00 |
| 10/15/24 | HANNAFORD #832 10/12 #000318840 PURCHASE HANNAFORD #8320   SCHENECTADY  NY | -28.92 |
| 10/15/24 | HANNAFORD #832 10/12 #000327282 PURCHASE HANNAFORD #8320   SCHENECTADY  NY | -59.45 |
| 10/15/24 | PMNT SENT 1014 RMTLY* MC8C9 WWW.REMITLY.CWA | -2,000.00 |
| 10/16/24 | PURCHASE   1015 Spectrum 855-707-7328 MO | -56.99 |
| 10/24/24 | BKOFAMERICA BC 10/24 #000004040 WITHDRWL | -10,000.00 |
| 10/24/24 | BKOFAMERICA BC 10/24 #000004042 WITHDRWL | -7,000.00 |
| **Total withdrawals and other subtractions** | | **-$19,501.36** |

33. The East Greenbush Moon Spa closed after the search warrant.

### Transition to Colonie Motel Operation

34. Following the closure of the Moon Spa of East Greenbush, the FBI continued to

11

surveil Xie.

35. On December 13, 2024, the FBI conducted physical surveillance of Xie at her residence. Xie departed her residence in the Nissan and traveled to a grocery store. Xie then departed the grocery store and traveled to a specific motel ("the Motel") in Colonie. Xie and another female brought grocery bags, a black bag, and case of water into room #118 of the Motel.

36. On December 16, 2024, the FBI interviewed an employee of the Motel. The employee confirmed that Xie had rented room # 118 on 12/12/2024 with an anticipated checkout date of 12/19/2024. This information was determined to be relevant as Xie maintains a residence near the motel and was likely using the room to operate her commercial sex enterprise.

37. On April 29, 2025, the FBI reinterviewed the Motel employee regarding Xie's room rental. The motel employee confirmed that Xie rented the room from 12/12/2024-12/19/2024. Xie paid for the rental with a Mastercard ending in 9789.

38. As part of this investigation, the FBI reviewed commercial sex ads which featured the 3695 Number previously attributed to ads for Xie's East Greenbush Moon Spa. The FBI also utilized a law enforcement sex trafficking tool to search for ads featuring the 3695 Number. The inquiry produced several ads listing that number and the Motel's address. The ads were posted during the date range Xie had rented a room at the motel.

39. For example, an ad was posted on Website #1 on 12/16/2024 that listed the address for the Motel and the 3695 Number as the contact number. The ad includes statements such as "We're good at playing with your dick" and "I'll suck your dick with my sexy lips". In addition, the ad features images of partially nude Asian females posed in sexually suggestive positions.

40. Based upon my experience, I know that legitimate massage businesses do not operate from motels or use such advertisements. Rather, motels are commonly utilized to offer

commercial services.

### Everyday Health Center, Colonie, NY

41. The FBI became aware that Xie's Nissan was frequenting the Town of Colonie's Building Department ("Colonie Building Department") and a commercial plaza at 1995 Central Ave.

42. In January 2025, the FBI interviewed employees of the Colonie Building Department regarding this investigation and learned the following. On 01/23/2025, Xie filed an application to open a "Facial treatment Head Massage" business at 1995 Central Ave, Albany (Colonie), NY 12205. The application lists contact information for Xie including the 8526 Phone, which appeared in commercial sex ads for the Sun Spa in Waterford, NY. In addition, Xie listed her email address, [REDACTED]@gmail.com. Xie listed the name of the business as Everyday Health Center Wellness Spa.

43. The Colonie Building Department also provided a copy of an email exchange with Xie in which a Building Department employee advised Xie that, because her application indicated her business would provide body massage and nail services, she would need to contact a NYS design professional regarding the location's ventilation system. Xie responded by email on January 15, 2025, "Hello, other projects are cancelled, I need to write a new application, do facial treatment, head massage, which does not need ventilation system, right?"

44. While investigating the Everyday Health Center (EHC), the FBI has conducted physical surveillance of 1995 Central Ave. The surveillance has noted that Xie visits the business on a routine basis:

    a) On January 7, 2025 Xie drove her Nissan to the EHC where she met with a realtor.
    b) On March 1, 2025, Xie's Nissan was parked in front of the EHC.

13

c) On July 17, 2025, Xie departed her residence in Schenectady in the Nissan, traveled to the EHC, parked and entered the EHC through the front door.



45. As part of this investigation, the FBI interviewed customers after they departed the EHC.

a) On March 11, 2025, the FBI interviewed a customer who has visited the EHC on two occasions. During his first visit, the customer received oral sex for a spa worker. On the day of the traffic stop interview, the customer disclosed having paid $240.00 to receive and perform oral sex with a spa worker.
b) On March 14, 2025, the FBI interviewed a customer who acknowledged that he was masturbated for $160.00 at the EHC. In addition, the spa worker offered to perform oral sex on him.
c) On August 6, 2025, the FBI interviewed another customer who had just departed the EHC. This customer acknowledged that he paid $207.00 for the spa worker to massage his penis. The customer used his Mastercard to pay for the sex act.

46. The FBI has reviewed ads posted on Website #1 that list the EHC's address at 1995 Central Ave. For example, on 07/21/2025, an ad was posted that lists the 3695 Number and

14

features Asian females posed in sexually suggestive positions including one that appears to be kneeling on a bed.

### Best Health Spa, Albany, NY

47.     On April 28, 2025, the FBI surveilled Xie as she visited the City of Albany Building Department ("Albany Building Department"). Interviews of Albany Building Department staff revealed that Xie had applied to open a "Facial Care Spa" at 65 Watervliet Ave, Albany, NY 12206. The application for the business lists another name as the applicant, but Xie included the same email address she used to communicate with the Colonie Building Department about EHC. Xie also provided her home address on the application.



48.     On May 1, 2025, the FBI conducted physical surveillance of Xie as she interacted with staff at the Albany Building Department. An employee of the Albany Building Department verified that the woman who visited her office's that day was the same female that applied to open the business at 65 Watervliet Ave. I documented Xie interacting with Building Department employees with photos, one of which appears below.



49. On June 5, 2025, the FBI interviewed a customer after he departed the spa at 65 Watervliet Ave, Albany, NY. The customer acknowledged having just paid an Asian female in the spa $170.00 for oral sex. The customer learned of this location after seeing an online review.

50. On August 7, 2025, the FBI interviewed a customer who departed the spa on Watervliet Ave. That customer acknowledged that learned of this location while searching the internet. While at the spa, the customer paid a spa worker to masturbate him.

51. As recently as 06/28/2025, Xie's spa at 65 Watervliet Ave was also advertised on Website #1. That recent ad features photos of Asian females and the statement "New Sexy Asian Girls!". The ad also provides descriptions of the spa worker's breasts and "Grooming down under".

### Kingston, NY Spa

52. During this investigation, the FBI became aware that Xie was opening another spa in the City of Kingston, Ulster County, NY. On September 9, 2024, the FBI conducted physical surveillance of Xie and her male associate as they traveled to Kingston, NY in her Toyota Sienna. Once in Kingston, the pair traveled to a commercial building, hereinafter the Kingston Spa. The

surveillance team observed Xie and her associate carrying multiple items into the building. Said items appeared to be a safe, cleaning supplies and massage beds.

53. On September 16, 2024, the FBI conducted physical surveillance of Xie as she travelled to the City of Kington Building Department in her Nissan Altima. Eventually, Xie travelled to the Kingston Spa where she was previously observed.

54. The FBI interviewed a property management representative for the landlord of the Kingston Spa building. That representative provided a copy of a five-year lease signed by Xie in May 2024.

55. While investigating the Kingston Spa, the FBI reviewed Website #1 and found several ads for the location of the Kingston Spa. The ads included a contact number ending in 9584. For example, an ad was posted on 09/15/2024 depicts partially nude Asian females. The ad states, "best Service new girls hot sexy" and describes the spa worker's breasts as "Wow".

56. Through the use of an online law enforcement sex trafficking investigative tool I was able to determine that similar ads were posted for the Kingston Spa from September 2024-December 2024. Based upon my experience and knowledge of this investigation, the Kingston Spa was opened by Xie to operate as another IMB in her business enterprise engaged in prostitution.

### Search Warrants of Spas and Xie's Residence

57. On August 20, 2025, law enforcement executed search warrants at Xie's residence, Best Healthy Spa, Everyday Health Center, Moon Spa, and Sun Spa.

58. Xie was located while the search warrant was being executed at her residence in Rotterdam, NY. She was transported to the New York State Police barracks. With the assistance of a Mandarin interpreter, I interviewed Xie. She waived her *Miranda* rights and stated, in part:

- She opens spas and sells them to others.
- She owns the Everyday Health Center currently.
- She pays for the IMBs advertisements; she has seen the ads on Website #1 and looked at the pictures in the ads. She continued to use the same advertiser because she wanted to attract more customers.
- She uses the email address she listed on the applications mentioned above.
- She arranges the customers' appointments over the phone when they call.
- Legitimate massage business do not operate at motels.
- She does not force anyone to work for her.
- She claimed that she did not know that her employees engaged in commercial sex acts.
- She used the surveillance system to watch law enforcement when they executed the search warrant at the East Greenbush Moon Spa. She withdrew the $17,000 from her bank account to avoid it being seized.

59. While executing the search warrant at the Everyday Health Center, which Xie admitted she currently owns, agents seized condoms.

## Conclusion

60. Based upon the above information, probable cause exists that Xie violated Title 18, United States Code, Section 1952(a)(3). I request that a criminal complaint be issued pursuant to this violation of federal law.

_____
Frederick W. Horstmyer
Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn before me this
20th day of August, 2025.

_____
Hon. Daniel J. Stewart
U.S. Magistrate Judge